**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re: <br>
<u>SIMPSON, SCOTT M, JR</u> <br>
<u>SIMPSON, ROXANN</u>

Case No.: <u>14-30475</u> <br>
Chapter 7 <br>
Judge: Jerrold N. Poslusny, Jr.

---

## NOTICE OF PROPOSED ABANDONMENT

---

Thomas J. Subranni, Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

**Address of the Clerk:**

U.S. Post Office and Courthouse <br>
401 Market Street, Second Floor <br>
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on November 20, 2018 at 10:00 AM at the United States Bankruptcy Court, Courtroom No. 4C  (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| **Description of property** | **FMV** | **Liens on property** | **Amount of equity claimed as exempt** |
|---|---|---|---|
| 35 THOMPSON AVE, MT EPHRAIM, NJ 08059 | $150,000.00 | $127,939.71 | $22,060.29 |

Objections must be served on, and requests for additional information directed to:

Name:        /s/ Thomas J. Subranni <br>
Address:        1624 Pacific Avenue, Atlantic City, NJ 08401 <br>
Telephone No.: (609) 347-7000

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-30475-JNP
Scott M Simpson, Jr                                                       Chapter 7
Roxann Simpson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2            Date Rcvd: Oct 17, 2018
                              Form ID: pdf905          Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2018.
db/jdb         +Scott M Simpson, Jr,    Roxann Simpson,    35 Thompson Ave,    Mt Ephraim, NJ 08059-2108
cr             +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCES,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
cr             +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +WELLS FARGO BANK, N.A., SERVICER FOR U.S. BANK NAT,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
515093685      +ARS Account Resolution,    1801 NW 66th Ave Ste 200C,    Plantation, FL 33313-4571
515093682       Advocare Gloucester Co Peds,    Po Box 3001,   Voorhees, NJ 08043-0598
515093683      +America's Servicing Company,    PO Box 10335,   Des Moines, IA 50306-0335
515093684       Apex Asset Management LLC,    1286 Carmichael Way,    Montgomery, AL 36106-3645
515292742       Apex Asset Management, LLC,    PO Box 5407,   Lancaster, PA 17606-5407
515093686      +Borough Of Mt. Ephraim,    121 S Black Horse Pike,    Mt Ephraim, NJ 08059-1796
515220284      +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
515131309      +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
515093689       DiMarino-Kroop-Prieto GI Associates PA,    26 East Red Bank Avenue,    Woodbury, NJ 08096-1611
515093690     #+Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
515093691       Enhanced Recovery Company, LLC,    PO Box 23870,    Jacksonville, FL 32241-3870
515093692      +Financial Recoveries,    200 East Park Drive,    Suite 100,   Mount Laurel, NJ 08054-1297
515093693      +IC Systems,    444 Highway 96 East,    PO Box 64378,   Saint Paul, MN 55164-0378
515093694       Inspira Medical Center Woodbury Inc,    Attn: Billing Office,    509 N Broad Street,
                 Woodbury, NJ 08096-1697
515093695       Laboratory Corporation Of America,    Po Box 2240,    Burlington, NC 27216-2240
515093696      +Lyons, Doughty And Veldhuis PC,    136 Gaither Avenue Suite 100,    Mt Laurel, NJ 08054-2239
515113923      +MARINER FINANCE, LLC,    8211 TOWN CENTER DRIVE,    NOTTINGHAM, MD 21236-5904
515093697      +Macy's,    Bankruptcy Processing,   PO Box 8053,    Mason, OH 45040-8053
515093698      +Mariner Finance,    3301 Boston Street Ste 201,    Baltimore, MD 21224-4979
515093699       MedExpress Billing,    Po Box 11240,   Belfast, ME 04915-4003
515093700      +Northland Group Inc,    PO Box 390905,    Minneapolis, MN 55439-0905
515093701      +Phelan, Hallinan & Diamond, PC,    400 Fellowship Rd Ste 100,    Mt. Laurel, NJ 08054-3437
515093702       Regional Sewer Service,    PO Box 1105,    Bellmawr, NJ 08099-5105
515093703      +Select Portfolio Servicing,    3815 S West Temple Ste 2000,    Salt Lake City, UT 84115-4412
515093704      +South Jersey Radiology Assoc,    PO Box 1710,    Voorhees, NJ 08043-7710
515928902      +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
515928903      +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129,
                 Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
515093706      +The Children's Hospital Of Philadelphia,    3401 Civic Center Blvd,
                 Philadelphia, PA 19104-4319
515284307      +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCES,    AMERICA'S SERVICING COMPANY,
                 ATTENTION: BANKRUPTCY DEPARTMENT,    MAC #D3347-014,    3476 STATEVIEW BOULEVARD,
                 FORT MILL, SC 29715-7203
515093708      +Virtua Medical Group,    PO Box 6028,   Bellmawr, NJ 08099-6028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 18 2018 00:47:15     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2018 00:47:11     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515093687      +E-mail/Text: clientrep@capitalcollects.com Oct 18 2018 00:48:12     Capital Collection Service,
                 PO Box 150,    West Berlin, NJ 08091-0150
515093688       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 18 2018 00:54:41     Capital One Bank,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
515259497       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 18 2018 00:53:58
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
515307559       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2018 00:55:32
                 Portfolio Recovery Associates, LLC,    c/o Capital One,    POB 41067,    Norfolk VA 23541
515299408       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2018 00:55:32
                 Portfolio Recovery Associates, LLC,    c/o Capital One/Hsbc,    POB 41067,    Norfolk VA 23541
515093705      +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2018 00:55:27     Syncb/Dillards DC,
                 Po Box 965024,    Orlando, FL 32896-5024
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515093707     ##+Transworld Systems Inc,    2235 Mercury Way Ste 275,    Santa Rosa, CA 95407-5463
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1           User: admin                  Page 2 of 2                  Date Rcvd: Oct 17, 2018
                               Form ID: pdf905              Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2018 at the address(es) listed below:

```
              Andrew L. Spivack    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR
               IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE
               BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MORGAN nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A., SERVICER FOR U.S. BANK
               NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION,
               AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONA nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
               Bank National Association, as Trustee for Morgan dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Kimberly A. Wilson    on behalf of Debtor Scott M Simpson, Jr wilson.schroedinger@comcast.net
              Kimberly A. Wilson    on behalf of Joint Debtor Roxann  Simpson wilson.schroedinger@comcast.net
              Thomas J Subranni    on behalf of Trustee Thomas J Subranni trustee@subranni.com,
               ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com
              Thomas J Subranni    trustee@subranni.com,
               ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com
                                                                                             TOTAL: 10
```