**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Scott M Simpson Jr<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7628<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Roxann Simpson<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5796<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 14–30475–JNP | |

## Order of Discharge                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Scott M Simpson Jr                             Roxann Simpson

12/21/18                                       **By the court:**  Jerrold N. Poslusny Jr.
                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                             United States Bankruptcy Court
                                  District of New Jersey

In re:                                                              Case No. 14-30475-JNP
Scott M Simpson, Jr                                                 Chapter 7
Roxann Simpson
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin              Page 1 of 2            Date Rcvd: Dec 21, 2018
                               Form ID: 318             Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2018.
db/jdb         +Scott M Simpson, Jr,   Roxann Simpson,   35 Thompson Ave,   Mt Ephraim, NJ 08059-2108
cr             +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCES,   Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
cr             +WELLS FARGO BANK, N.A.,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +WELLS FARGO BANK, N.A., SERVICER FOR U.S. BANK NAT,   Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
515093685      +ARS Account Resolution,   1801 NW 66th Ave Ste 200C,   Plantation, FL 33313-4571
515093682       Advocare Gloucester Co Peds,   Po Box 3001,   Voorhees, NJ  08043-0598
515093684       Apex Asset Management LLC,   1286 Carmichael Way,   Montgomery, AL  36106-3645
515292742       Apex Asset Management, LLC,   PO Box 5407,   Lancaster, PA  17606-5407
515093686      +Borough Of Mt. Ephraim,   121 S Black Horse Pike,   Mt Ephraim, NJ 08059-1796
515220284      +CERASTES, LLC,   C O WEINSTEIN, PINSON, AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
515093689       DiMarino-Kroop-Prieto GI Associates PA,   26 East Red Bank Avenue,   Woodbury, NJ  08096-1611
515093690     #+Eastern Account System,   75 Glen Rd Ste 110,   Sandy Hook, CT 06482-1175
515093691       Enhanced Recovery Company, LLC,   PO Box 23870,   Jacksonville, FL  32241-3870
515093692      +Financial Recoveries,   200 East Park Drive,   Suite 100,   Mount Laurel, NJ 08054-1297
515093694       Inspira Medical Center Woodbury Inc,   Attn: Billing Office,   509 N Broad Street,
                 Woodbury, NJ  08096-1697
515093695       Laboratory Corporation Of America,   Po Box 2240,   Burlington, NC  27216-2240
515093696      +Lyons, Doughty And Veldhuis PC,   136 Gaither Avenue Suite 100,   Mt Laurel, NJ 08054-2239
515113923      +MARINER FINANCE, LLC,   8211 TOWN CENTER DRIVE,   NOTTINGHAM, MD 21236-5904
515093698      +Mariner Finance,   3301 Boston Street Ste 201,   Baltimore, MD 21224-4979
515093699       MedExpress Billing,   Po Box 11240,   Belfast, ME  04915-4003
515093700      +Northland Group Inc,   PO Box 390905,   Minneapolis, MN 55439-0905
515093701      +Phelan, Hallinan & Diamond, PC,   400 Fellowship Rd Ste 100,   Mt. Laurel, NJ 08054-3437
515093702       Regional Sewer Service,   PO Box 1105,   Bellmawr, NJ  08099-5105
515093703      +Select Portfolio Servicing,   3815 S West Temple Ste 2000,   Salt Lake City, UT 84115-4412
515093704      +South Jersey Radiology Assoc,   PO Box 1710,   Voorhees, NJ 08043-7710
515928902      +Specialized Loan Servicing LLC,   8742 Lucent Blvd Suite 300,   Highlands Ranch, CO 80129-2386
515928903      +Specialized Loan Servicing LLC,   8742 Lucent Blvd Suite 300,   Highlands Ranch, CO 80129,
                 Specialized Loan Servicing LLC,   8742 Lucent Blvd Suite 300,   Highlands Ranch, CO 80129-2386
515093706      +The Children’s Hospital Of Philadelphia,   3401 Civic Center Blvd,
                 Philadelphia, PA 19104-4319
515284307      +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCES,   AMERICA’S SERVICING COMPANY,
                 ATTENTION: BANKRUPTCY DEPARTMENT,   MAC #D3347-014,   3476 STATEVIEW BOULEVARD,
                 FORT MILL, SC 29715-7203
515093708      +Virtua Medical Group,   PO Box 6028,   Bellmawr, NJ 08099-6028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 22 2018 01:08:06      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 22 2018 01:08:03      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515093683      +EDI: WFFC.COM Dec 22 2018 05:23:00      America’s Servicing Company,   PO Box 10335,
                 Des Moines, IA 50306-0335
515093687      +E-mail/Text: clientrep@capitalcollects.com Dec 22 2018 01:09:34      Capital Collection Service,
                 PO Box 150,   West Berlin, NJ 08091-0150
515093688       EDI: CAPITALONE.COM Dec 22 2018 05:23:00      Capital One Bank,   PO Box 30285,
                 Salt Lake City, UT  84130-0285
515259497       EDI: CAPITALONE.COM Dec 22 2018 05:23:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
515131309      +EDI: TSYS2.COM Dec 22 2018 05:23:00      Department Stores National Bank/Macys,
                 Bankruptcy Processing,   Po Box 8053,   Mason, OH 45040-8053
515093693      +EDI: IIC9.COM Dec 22 2018 05:23:00      IC Systems,   444 Highway 96 East,   PO Box 64378,
                 Saint Paul, MN 55164-0378
515093697      +EDI: TSYS2.COM Dec 22 2018 05:23:00      Macy’s,   Bankruptcy Processing,   PO Box 8053,
                 Mason, OH 45040-8053
515307559       EDI: PRA.COM Dec 22 2018 05:23:00      Portfolio Recovery Associates, LLC,   c/o Capital One,
                 POB 41067,   Norfolk VA 23541
515299408       EDI: PRA.COM Dec 22 2018 05:23:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One/Hsbc,   POB 41067,   Norfolk VA 23541
515093705      +EDI: RMSC.COM Dec 22 2018 05:23:00      Syncb/Dillards DC,   Po Box 965024,
                 Orlando, FL 32896-5024
                                                                                              TOTAL: 12
```

```
District/off: 0312-1           User: admin                Page 2 of 2                  Date Rcvd: Dec 21, 2018
                               Form ID: 318               Total Noticed: 42

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515093707    ##+Transworld Systems Inc,   2235 Mercury Way Ste 275,   Santa Rosa, CA 95407-5463
                                                                           TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2018 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR
           IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE
           BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MORGAN nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A., SERVICER FOR U.S. BANK
           NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION,
           AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONA nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
           in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
           Bank National Association, as Trustee for Morgan dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Kimberly A. Wilson    on behalf of Debtor Scott M Simpson, Jr wilson.schroedinger@comcast.net
          Kimberly A. Wilson    on behalf of Joint Debtor Roxann  Simpson wilson.schroedinger@comcast.net
          Thomas J Subranni    on behalf of Trustee Thomas J Subranni trustee@subranni.com,
           ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com
          Thomas J Subranni    trustee@subranni.com,
           ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com
                                                                                             TOTAL: 10
```